# First District Court of Appeal
## State of Florida

_____

No. 1D17-4320
_____

United Faculty of Florida,
University of West Florida
Chapter,

    Appellant,

    v.

University of West Florida,
Board of Trustees,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Gary L. Bergosh, Judge.

January 28, 2019


Per Curiam.

    Affirmed.

Wetherell, Rowe, and Winokur, JJ., concur.

_____

*__Not final until disposition of any timely and__*
*__authorized motion under Fla. R. App. P. 9.330 or__*
*__9.331.__*

_____


H. B. Stivers of Levine & Stivers, LLC, Tallahassee, for
Appellant.

Michael Mattimore of Allen, Norton & Blue, P.A., Tallahassee,
and Jason S. Miller of Allen, Norton & Blue, P.A., Coral Gables,
for Appellee.